## 17387.   BREWER v. THE STATE.

BLOODWORTH, J.   1. No error was committed when the motion to continue was overruled.

2. Each ground of a motion for a new trial should be complete and understandable within itself; should of itself show error.   Neither of the grounds of the motion based on the admission of evidence does this. There was no error in refusing a new trial on either of the grounds of the motion complaining of the admission of evidence.

3. There is ample evidence to support the verdict.

*Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 13, 1926.

Making intoxicating liquor; from Heard superior court—Judge Roop.   April 12, 1926.

*Smith & Millican,* for plaintiff in error.

*W. Y. Atkinson, solicitor-general,* contra.

Criminal Lw, 16 C. J. p. 1218, n. 53 New; p. 1219, n. 67; 17 C. J. p. 177, n. 88; p. 233, n. 83.

## 17393.   COLLINS v. THE STATE.

LUKE, J.   Collins was convicted of knowingly permitting and allowing an apparatus for the manufacturing of alcoholic and intoxicating liquors to be located on his premises.   The evidence amply authorized his conviction, which conviction has the approval of the trial judge; and the special grounds of the motion for a new trial, which assail the conviction of the defendant as illegal upon the ground of the relationship of a juror to one alleged to be an undisclosed prosecutor, and upon the ruling of the court on the admissibility of testimony, and the further ground of newly discovered evidence, do not show reversible error.   For no reason pointed out did the court err in overruling the motion for a new trial.

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 13, 1926.

Violating liquor law; from city court of Metter—Judge Lanier. April 2, 1926.

*C. W. Turner, H. H. Elders,* for plaintiff in error.

*L. C. Anderson, solicitor,* contra.

Criminal Law, 17 C. J. p. 250, n. 13; p. 252, n. 17; p. 271, n. 41.